NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7149

RASHID EL MALIK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-2026, Judge Bruce E. Kasold.

ON MOTION

<u>O R D E R</u>

Rashid El Malik submits a motion for leave to proceed in forma pauperis.

Because El Malik was allowed to proceed before the Court of Appeals for Veterans Claims without payment of the fee at that court, his motion in this court is unnecessary and payment of the fee in this court is also waived. Fed. R. App. P. 24.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as unnecessary. Payment of the fee is waived.

FOR THE COURT

DEC 04 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Rashid El Malik
    Steven M. Mager, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 04 2009

JAN HORBALY
CLERK